# CASE ANNOUNCEMENTS

*August 22, 2008*

[Cite as *08/22/2008 Case Announcements,* 2008-Ohio-4252.]

## MOTION AND PROCEDURAL RULINGS

**2007–1452.   Sogg v. Ohio Dept. of Commerce.**
Franklin App. No. 06AP–883, 2007-Ohio-3219. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. *Upon consideration of appellant's motion for admission pro hac vice of Glen Hara,*
    It is ordered by the court that the motion for admission pro hac vice is granted.

**2008–1308.   State v. Smith.**
Hamilton App. No. C–070216, 2008-Ohio-2469. This cause is pending before the court as a discretionary appeal. Upon consideration of appellee's motion to strike the notice of appeal and memorandum in support of jurisdiction,
    It is ordered by the court that the motion is denied. Appellee may file a memorandum in response within 30 days from the date of this entry.

**2008–1350.   Cepeda v. Lutheran Hosp.**
Cuyahoga App. No. 90031, 2008-Ohio-2348. This cause is pending before the court as a discretionary appeal. Upon consideration of appellee's motion to strike the appeal,
    It is ordered by the court that the motion is denied.
    It is further ordered, sua sponte, that appellee may file a memorandum in response within 30 days from the date of this entry.

## MISCELLANEOUS DISMISSALS

**2008–1538.   State ex rel. Smith v. Akron.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,
    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

    The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1464.   State ex rel. Cambridge Home Health Care, Inc. v. Indus. Comm.**
In Mandamus.

    The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2008–1250.   State ex rel. Cincinnati Enquirer v. Heath.**
Warren App. No. CA2008–03–046.

# CASE ANNOUNCEMENTS

*August 22, 2008*

[Cite as *08/22/2008 Case Announcements #2,* 2008-Ohio-4287.]